**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Aroldo OLIVA–VILLANUEVA,**
**Defendant–Appellant.**

**No. 15-51155**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed September 8, 2016

Joseph H. Gay, Jr., U.S. Attorney's Office, San Antonio, TX, Plaintiff–Appellee.

Carlos Aroldo Oliva–Villanueva, Pro Se.

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Carlos Aroldo Oliva–Villa-

nueva has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Oliva–Villanueva has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Oliva–Villanueva's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.